**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ANTHONY W.,

                                    Plaintiff,

                    -against-                                    23 **CIVIL** 3028(GRJ)

                                                                         **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                                  Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated March 11, 2024, the Commissioner's denial of benefits is sustained, and this case is DISMISSED. Judgment is entered in favor of the Commissioner, and the case is closed.

**Dated:**  New York, New York

      March 11, 2024

                                                                   **RUBY J. KRAJICK**
                                                                   **Clerk of Court**

                                                      **BY:**      _____
                                                                        **Deputy Clerk**